IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERTA W. ARELLANO,<br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br>Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO.<br>§   5:23-cv-00414-HJB<br>§<br>§<br>§<br>§ |

## JUDGMENT

Pursuant to the Order granting reversal and remand for further proceedings filed in this matter, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

SIGNED this 29th day of November, 2023.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE